Opinion issued July 29, 2010


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01145-CV

———————————

MOHAMMAD
ENTEZARI, Appellant

V.

NAVID REZANEJAD, Appellee



 



 

On Appeal from the County Civil Court at Law
No. 3

Harris County, Texas



Trial Court Case No. 932401 

 



 

MEMORANDUM OPINION

          Appellant, Mohammad Entezari, has filed
a motion to dismiss the appeal.  More
than 10 days have elapsed, and no objection has been filed.  No opinion has issued.  Accordingly, the motion is granted and the appeal is dismissed.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.